UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIC SECURITY CORP.,

                Plaintiff,

   v.

AMCC CORP.,

                Defendant.



ORDER

11 Civ. 7903 (GBD)

GEORGE B. DANIELS, District Judge.

    An initial conference in this matter will be held December 21, 2011 at 9:30 a.m.

Dated: December 13, 2011
       New York, New York

                      SO ORDERED.

                      *George B. Daniels*
                      GEORGE B. DANIELS
                      UNITED STATES DISTRICT JUDGE