| | | |
|---|---|---|
| JUSTICE COURT | : TOWN OF ORANGETOWN | |
| COUNTY OF ROCKLAND | : STATE OF NEW YORK | |

------------------------------------------------------------------------------X

| | | |
|---|---|---|
| 303 PLAZA, INC. | PETITIONER | AFFIRMATION OF DISQUALIFICATION |
| - against - | | DOCKET #11040153 |
| IOU PLUS DELI | RESPONDENT | |

------------------------------------------------------------------------------X

We, the undersigned Town Justices of the Town of Orangetown, in order to comply with the generally recognized legal principles of impartiality and fairness, do hereby disqualify ourselves from hearing the above-captioned Summary Proceeding as a Principal of the Petitioner is known both professionally and personally to both Town Justices of this Court and we do hereby request that this matter be moved to another jurisdiction.

DATED: Orangeburg, New York
June 7, 2011

_____
Hon. Paul B. Phinney, III
Town Justice

_____
Hon. Richard C. Finning
Town Justice

J:\Forms\11040153 303 v IOU Aff of Disqualifiction.doc