```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 04 2012
```

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

JOHN S. WOJAK, JR.
DIRECT DIAL: 212.692.1001
PERSONAL FAX: +1 212 401 4732
E-MAIL: jswojak@duanemorris.com

www.duanemorris.com

**SO ORDERED**
The conference is adjourned to
June 5, 2012 at 9:30 a.m.

APR 04 2012

*George B. Daniels*

April 3, 2012

Hon. George B. Daniels, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007-1312

    **Re:**   **EPIC Security Corp. v. AMCC Corp., et al.**
             **11-CIV-7903 (GBD)**

Dear Judge Daniels:

    This firm represents Defendants AMCC Corp. ("AMCC") and Charles Marino in the referenced action.

    At the December 21, 2011 conference in this matter, this action was stayed pending the scheduled March 2, 2012 trial in the companion state court case (see my attached letter to the Court of December 9, 2011) and a new conference date set for April 5, 2012, following the state court trial. The state court case was administratively reassigned to a new judge and the trial adjourned to May 15, 2012; accordingly the parties hereby jointly request that the April 5 conference be similarly rescheduled to a new date in early June following the state court trial, with the stay to remain in effect until that date.

                                                                Respectfully submitted,

                                                                John S. Wojak, Jr.

JSW:rs
Enclosures

cc:    Brian Condon, Esq. (*via electronic mail*)