UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
EPIC SECURITY CORP.,                :
                                    :
                    Plaintiff,      :          ORDER
                                    :
                                    :          11 Civ. 7903 (GBD)
         -against-                  :
                                    :
                                    :
AMCC Corp., et al.,                 :
                                    :
                    Defendants.     :
                                    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    A conference in this matter is set for Thursday, April 11 at 9:30 AM.


Dated: New York, New York
       March 13, 2013

                                              SO ORDERED:

                                              _____
                                              GEORGE B. DANIELS
                                              United States District Judge