**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EPIC SECURITY CORP.,

                       Plaintiff,

       -against-

AMCC CORP. et al,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 7903 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

The above-captioned case is dismissed without prejudice.

Dated: April 11, 2013
      New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge