UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPIC SECURITY CORP., | : |
| Plaintiff, | : |
| - against - | : 11 Civ. 7903 (GBD) |
| AMCC CORP. and CHARLES MARINO | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants, and requests that the undersigned hereinafter be served with all papers.

Dated: New York, New York

June 28, 2013

                                         Duane Morris LLP

                                         By: /s/ John S. Wojak
                                                 John S. Wojak

                                         1540 Broadway
                                         New York, NY 10036-4086
                                         Telephone: +1 212 692 1000
                                         Fax: +1 212 692 1020
                                         jswojak@duanemorris.com
                                         *Attorneys for Defendants*